IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    **Plaintiff**

vs.                                                       Civil No.: 5:22-cv-284-TKW/MJF

REAL PROPERTY LOCATED AT
11800 FRONT BEACH ROAD, UNIT 2-303,
PANAMA CITY BEACH, FLORIDA,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON

    **Defendant**
_____/

## MOTION TO STAY

The United States of America, by its counsel, requests that the Court stay this matter for the following reasons:

1.    On December 7, 2022, a Verified Complaint for Forfeiture *in Rem* was filed against the defendant real property, as property involved in transactions or that constitutes proceeds or is derived from proceeds, obtained directly or indirectly, traceable to violations of 18 U.S.C. §§ 1343, 1344, 1956 and 1957; and therefore, subject to civil forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).   (ECF No. 1)

1

2. On December 8, 2022, a Post and Walk was posted on the property by the Internal Revenue Service – Criminal Investigation.

3. On December 21, 2022, the Internal Revenue Service – Criminal Investigation personally served Chad Wade the complaint package consisting of the Notice Letter, Complaint, Notice of Lis Pendens, Notice of Complaint, and Notice and Acknowledgement of Receipt of Complaint at 3112 Preserve Rookery Boulevard, Panama City, Florida.

4. On January 12, 2023, a Verified Claim and Answer to Verified Complaint for Forfeiture in Rem was filed by CHAD WADE[1] and IDEAL PROPERTY HOLDINGS, LLC, by Thomas Findley, counsel for Chad Wade and Ideal Property Holdings, LLC. (ECF No. 7)

5. On January 17, 2023, the Court entered an Initial Scheduling Order. (ECF No. 8)

6. There is an ongoing federal criminal investigation regarding Chad Wade with this United States Attorney's Office.

7. Additionally, civil discovery at this time would adversely affect the ability of the government to conduct or complete its criminal investigation and prosecution of the related criminal case and may burden the right of Mr. Wade

---

[1] NOTE: Chad Wade is the sole owner of the real property located at 5115 Gulf Road, Unit 506, Panama City Beach, FL.

2

against self-incrimination. For these reasons, the government believes it is in the best interest of the claimant, Mr. Wade, and the government to stay this civil forfeiture case at this time. The government also requests that the Court stay all scheduling deadlines at this time as well.

8. The relevant forfeiture statute, 21 U.S.C. § 881(i) provides "the provisions of Section 981(g) of Title 18 regarding the stay of a civil forfeiture proceeding shall apply to forfeitures under this section." Title 18, U.S.C., Section 981(g)(1) provides:

> Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

Accordingly, the undersigned requests that this civil forfeiture case be stayed pending the conclusion of the pending criminal investigation and any criminal action filed as a result of that investigation.

Dated this 18th day of January, 2023.

        JASON R. COODY
        United States Attorney

        */s/ Andrew J. Grogan*
        ANDREW J. GROGAN
        Assistant United States Attorney
        Northern District of Florida
        Florida Bar No. 85932
        111 North Adams Street, Fourth Floor
        Tallahassee, Florida 32301
        (850) 942-8430
        andrew.grogan@usdoj.gov

## **RULE 7.1(B) CERTIFICATION**

The government conferred counsel for claimants Chad Wade and Ideal Property Holdings, LLC, regarding the relief sought in this motion. Said counsel does not object to the relief sought in this motion.

        */s/ Andrew J. Grogan*
        ANDREW J. GROGAN
        Assistant United States Attorney